United States District Court
For The MIDDLE DISTRICT OF NORTH CAROLINA

FILED APR 06 2015 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By_____

| | |
|---|---|
| United States of America | Case No. 08-6344 |
| Plaintiff | 1:04-CR-00297-NCT-1 |
| v. | 1:07-CV-00313-NCT-WWD |
| Randall L. Conrad | |
| Defendant | |

## Title 18 U.S.C. § 3582(c)(2) Motion

I the Defendant file a Title 18 U.S.C. § 3582(c)(2) motion, pursuant to the retroactive application of the Amendment to the Sentencing Guidelines (Amendment 782). I request the reduction of 2 Levels as in accordances with this (Amendment 782).

I have not received the "851 enhancement", which is the only reason for the Court to deny a defendant the 2 Level reduction, who is eligible for (Amendment 782).

My Offense(s)/Charge(s) Are: 21:846, 841(a)(1) & (b)(1)(A)
(2) 21:841(a)(1) & (b)(1)(B)
(2) 21:856(a)(1) & (b)
18:924(c)(1)(A)(i)
18:922(g)(1) & 924(e)
21:841(a)(1) & (b)(1)(c)

The sentence imposed was 300 Months of imprisonment, followed by 5 years of supervised release.

I understand that (Amendment 782) does not go into effect until November 1, 2015, and no prisoner will be release until that date.

Pg. 2

I would remind the Court that only 59 grams of crack was involved in my case and 5 grams of powder cocaine. This is my first and only drug charges, I don't even have a misdemeanor drug charge of any kind.

    I Thank You for your acceptance of my motion, and concideration of the small amount of crack involve in my case, and my lack of prior drug charges.

Respectfully submitted on this date:    Randall Lee Conrad
    April 1, 2015    Randall L. Conrad